IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CR. No. C-06-209 |
| | § | |
| CHRISTOPHER RYAN WEIR, | § | |
|     Defendant. | § | |

## ORDER DENYING MOTION FOR RECONSIDERATION

By Order entered March 26, 2008, this Court denied Defendant Christopher Ryan Weir's ("Weir") "Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(2) Pursuant to Retroactive Amendment 709" (D.E. 33 (denying D.E. 32).)  In his motion, Weir had argued that his sentence should be reduced based on Amendment 709 to the United States Sentencing Guidelines, which he described as a "Retroactive Amendment." (D.E. 32 at 1.)  The Court denied his motion because Amendment 709 is not retroactively applicable, and thus does not provide a basis for reducing Weir's sentence. (D.E. 33.)

On April 7, 2008, the Clerk received from Weir a motion for reconsideration of the Court's March 26, 2008 Order. (D.E. 34.)  Weir has not shown that the Court's prior decision is in any way erroneous, not has he stated any other ground entitling him to reconsideration.  Accordingly, Weir's motion to reconsider (D.E. 34) is DENIED.

It is so ORDERED this 18th day of April, 2008.

                                                      */s/ Janis Graham Jack*
                                                      Janis Graham Jack
                                                      United States District Judge